■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHAUN HANDY, Appellant, v JAMES NEWTON, as Superintendent of Watertown Correctional Facility, et al., Respondents. [698 NYS2d

197] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Habeas Corpus.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.